PARKER vs. THE STATE.

*Error to Yell Circuit Court.*

Reversed for the same reasons, and on the same grounds expressed in the case of Hopper just decided.

Absent, Mr. Justice SCOTT.